UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCIE HENDERSON, the Administrator of the Estate of RAMEL HENDERSON,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>           Defendants. | Case No. 08-CV-1491-JLS (JMA)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |

At the request of counsel, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for September 19, 2008 is <u>rescheduled</u> for **October 6, 2008** at **10:00 a.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge, Room 1165, U.S. Courthouse, 940 Front Street, San Diego, California.

**IT IS SO ORDERED.**

DATED: August 22, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv1491